UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARVEY MIGUEL ROBINSON,<br>　　　　　　Petitioner,<br><br>　　v.<br><br>JEFFREY BEARD, Commissioner, Pennsylvania Department of Corrections; DAVID DIGUGLIELMO, Superintendent of the State Correctional Institution at Graterford; FRANK TENNIS, Superintendent of the State Correctional Institution at Rockview; and LEHIGH COUNTY DISTRICT ATTORNEY,<br>　　　　　　Respondents. | :<br>:<br>:<br>:　No. 06-cv-00829<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**O R D E R**

**AND NOW**, this 8th day of September, 2020, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. The Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254, ECF No. 12, is

    **DENIED and DISMISSED**.

2. A certificate of appealability is **DENIED**.

3. The Clerk of Court shall **CLOSE** the above-captioned action.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　*/s/ Joseph F. Leeson, Jr.*
　　　　　　　　　　　　　　　　　　　　JOSEPH F. LEESON, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge

090820