UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARVEY MIGUEL ROBINSON,<br>    Petitioner,<br><br>  v.<br><br>JEFFREY BEARD, Commissioner, Pennsylvania Department of Corrections; DAVID DIGUGLIELMO, Superintendent of the State Correctional Institution at Graterford; FRANK TENNIS, Superintendent of the State Correctional Institution at Rockview; and LEHIGH COUNTY DISTRICT ATTORNEY,<br>    Respondents. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:   No. 2:06-cv-00829 |

**O R D E R**

**AND NOW**, this 10th day of June, 2021, upon consideration of Petitioner's Motion to Alter Judgment Pursuant to Rule 59(e), ECF No. 84, the Lehigh County District Attorney's response thereto, ECF No. 86, and for the reasons set forth in the Court's Opinion issued this date, **IT IS ORDERED THAT:**

Petitioner's Motion to Alter Judgment Pursuant to Rule 59(e), ECF No. 84, is **DENIED**.

                BY THE COURT:


                */s/ Joseph F. Leeson, Jr.*
                JOSEPH F. LEESON, JR.
                United States District Judge