PATRICIA S. DODSZUWEIT　　　　　　　　　　　　　　　　　　　TELPHONE NO.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　215-597-2995
CLERK　　　　　　　　　　　　　OFFICE OF THE CLERK



UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

July 12, 2021

Ayanna Williams, Esq.
Federal Community Defender Office for the Eastern District of Pennsylvania
601 Walnut Street
The Curtis Center, Suite 540 West
Philadelphia, PA 19106


RE: Robinson v. Secretary Pennsylvania Departm, et al
Case Number: 21-9001
District Court Case Number: 2-06-cv-00829

**PACER account holders are required to promptly inform the PACER Service Center of any contact information changes. In order to not delay providing notice to attorneys or pro se public filers, your information, including address, phone number and/or email address, may have been updated in the Third Circuit database. Changes at the local level will not be reflected at PACER. Public filers are encouraged to review their information on file with PACER and update if necessary.**


To All Parties:

**Attorneys are required to file all documents electronically through the Court's Electronic Case Filing System.** See 3d Cir. L.A.R. 113 and the Court's website at www.ca3.uscourts.gov/cmecf-case-managementelectronic-case-files.

Enclosed is case opening information regarding the above-captioned appeal filed by **Harvey Miguel Robinson**, docketed at **No. 21-9001**. All inquiries should be directed to your Case Manager in writing or by calling the Clerk's Office at 215-597-2995. This Court's rules, forms, and case information are available on our website at http://www.ca3.uscourts.gov.

**On December 1, 2009, the Federal Rules of Appellate and Civil Procedure were amended modifying deadlines and calculation of time. In particular those motions which will toll the time for filing a notice of appeal under Fed.R.App.P. 4(a)(4), other than a motion for attorney's fees under Fed.R.Civ.P. 54, will be**

considered timely if filed no later than 28 days after the entry of judgment. **Should a party file one of the motions listed in Fed.R.App.P 4(a)(4) after a notice of appeal has been filed, that party must immediately inform the Clerk of the Court of Appeals in writing of the date and type of motion that was filed.** The case in the court of appeals will not be stayed absent such notification.

**Section 1: Counsel for Appellant**

1. Application for Admission (if applicable)
2. Appearance Form
These forms must be filed within **fourteen (14) days** of the date of this letter.

**Section 2: Counsel for Appellees**

As counsel for Appellee(s), you must file:
1. Application for Admission (if applicable)
2. Appearance Form
These forms must be filed within **fourteen (14) days** of the date of this letter.

Parties who do not intend to participate in the appeal must notify the Court in writing. An original of this notice must be filed, along with a certificate of service.

Attached is a copy of the full caption in this matter. Please review the caption carefully and promptly advise this office in writing of any discrepancies.


Very Truly Yours,

s/ Patricia S. Dodszuweit
Clerk

By: s/ Desiree,
Case Manager
267-299-4252

cc:     District Attorney Lehigh County
        Ronald Eisenberg, Esq.